UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CHANTIERRA MOORE AND DEMARCUS WILLIAMSON<br>　　　Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC.,<br>　　　Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No.<br>)<br>) 4-22-CV-6<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.  INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiffs Chantierra Moore and Demarcus Williamson individual consumers, against Defendant, Lvnv Funding LLC., ("LVNV") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.  JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in West Des Moines,

Polk County, Iowa, and the conduct complained of occurred in West Des Moines, Polk County, Iowa.

## III.   PARTIES

3. Plaintiff **Chantierra Moore** (hereinafter "Ms. Moore") is a natural person residing in West Des Moines, Polk County, Iowa. Ms. Moore is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff **Demarcus Williamson** (hereinafter "Mr. Williamson") is a natural person residing in West Des Moines, Polk County, Iowa. Mr. Williamson has been assigned (100%) of Plaintiffs claims herein, Mr. Williamson is also Attorney-In-Fact pursuant to Iowa Code title 15, Section 633B.

5. Upon information and belief, Lvnv Funding LLC., is a Nevada corporation with its principal place of business located at 6801 S Cimarron Rd, Las Vegas, NV 89113.

6. Upon information and belief, Lvnv Funding LLC., Registered Agent is located at 505 5th Ave Ste 729 Des Moines, IA 50309.

7. Defendant Lvnv Funding LLC., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

## IV.   FACTS OF THE COMPLAINT

8. Defendant **Lvnv Funding LLC.**, (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

9. On or about December 27, 2021, Plaintiff Ms. Moore reviewed her credit report on "Credit Karma."

10. On the credit report, Ms. Moore observed two trade lines from Debt Collector.

11. Debt Collector Lvnv Funding LLC.,) being reported furnished two trade lines in the amounts of $350 allegedly owed to Capital One Bank NA and $386 allegedly owed to Credit One Bank NA.

12. On January 05, 2022, the Plaintiff spoke with Debt Collector (Lvnv Funding LLC.,) representative, via telephone. While on the telephone Debt Collectors representative said the tradeline in the amount of $386 defaulted on August 2nd, 2018 and that the tradeline in the amount of $350 defaulted on August 11th, 2015.

13. Debt Collector (Lvnv Funding LLC.,) reported an open date on the listed trade lines to be November 22, 2017 for trade line in the amount of $350 and September 13, 2018 for the tradeline in the amount of $386. Therefore, the Debt Collector reported false and different open/defaulted dates when the Debt Collector knew of the correct open/defaulted dates from its own records.

14. The re-aging and manipulating of the dates artificially lowered Plaintiff FICO scores more than if the trade lines were being reported accurately, as well as, making the

accounts seem more recently delinquent than it really was to potential creditors, causing Plaintiff damage.

15. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Moore and caused severe humiliation, emotional distress, mental anguish and lower FICO Scores.

## V.   CLAIM FOR RELIEF
### (Defendant Lvnv Funding LLC.,)
### 15 U.S.C. §1692e(8) 15 U.S.C. §1692e(2)

16. Ms. Moore re-alleges and reincorporates all previous paragraphs as if fully set out herein.

17. The Debt Collector violated the FDCPA.

18. The Debt Collector's violations include, but are not limited to, the following:

   15 U.S.C § 1692e(8) and 15 U.S.C § 1692e(2) of the FDCPA by reporting a third party (consumer reporting agencies) false information when it knew from its own records the true open date.

19. As a result of the above violations of the FDCPA, the Defendants are liable to the Ms. Moore actual damages, statutory damages and cost.

## VI.   **JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Ms. Moore and Mr. Williamson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collectors for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For deletion and further relief as the Court may deem just and proper.

Respectfully submitted:

DeMarcus Williamson
Attorney-In-Fact Iowa Code Title 15, Section 633B.

1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266
(515) 689-7784
demarcus.williamson11@yahoo.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Chantierra Moore And DeMarcus Williamson

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266

## DEFENDANTS
Lvnv Funding, LLC.,

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane — [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability — [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability — [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle — **PERSONAL PROPERTY** [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability — [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury — [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | — [ ] 385 Property Damage Product Liability | | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** — **CIVIL RIGHTS** — **PRISONER PETITIONS** | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights — **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting — [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment — [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations — [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | — [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment — **Other:** [ ] 462 Naturalization Application | | | |
| | [ ] 446 Amer. w/Disabilities - Other — [ ] 540 Mandamus & Other [ ] 465 Other Immigration Actions | | | [ ] 950 Constitutionality of State Statutes |
| | — [ ] 550 Civil Rights | | | |
| | [ ] 448 Education — [ ] 555 Prison Condition | | | |
| | — [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692
Brief description of cause:
Defendants are reporting false information

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** _____
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: January 6, 2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____